SUPREME COURT OF NEW JERSEY
M-871 September Term 2022
088151

In the Matter of

Justin A. Greenblum,

An Attorney At Law

(Attorney No. 029942004)

CORRECTED O R D E R

**FILED**
MAY 31 2023

*Heather J. Baker*
CLERK

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g) (4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law **Justin A. Greenblum** of **Staten Island, New York**, who was admitted to the bar of this State in 2000, and good cause appearing;

It is ORDERED that **Justin A. Greenblum** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **Justin A. Greenblum** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **Justin A. Greenblum** pursuant to Rule 1:21-6 shall be restrained from disbursement

except on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **Justin A. Greenblum** comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 16th day of May 2023.

*/s/ Heather J. Baker*
CLERK OF THE SUPREME COURT