UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of : | |
| JUSTIN A. GREENBLUM : | 8:23-cv-23264 (RMB) |
| An Attorney-at-Law : | O R D E R |

It appearing that respondent, JUSTIN A. GREENBLUM, was ordered to show cause before this Court by Monday, January 22, 2024, why reciprocal discipline should not be imposed, pursuant to L. Civ. R. 104.1(b)(4), by temporarily suspending respondent from the practice of law before this Court, effective immediately, and until further Order of the Court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by, or on behalf of, the respondent;

And good cause appearing,

It is on this 6th, day of February, 2024,

ORDERED that reciprocal discipline is imposed, pursuant to L. Civ. R. 104.1(b)(4), and that JUSTIN A. GREENBLUM, be and he hereby is temporarily suspended from the practice of law before this Court, effective immediately, and until further Order of the Court; and it is further

ORDERED that JUSTIN A. GREENBLUM, be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

_____
HON. RENÈE MARIE BUMB
Chief Judge